IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR13-4046-LRR |
| ) | JUDGMENT OF ACQUITTAL |
| TREY MICHAEL BOYKIN, ) | |
| ) | |
| Defendant. ) | |

This action came to trial before the Honorable Chief Judge Linda R Reade, and a jury, and the issues having been duly tried has rendered its verdict of guilty on Counts 1 and 2 of the Superseding Indictment.

**IT IS ORDERED AND ADJUDGED**

That Defendant, Trey Michael Boykin, is acquitted as to Counts 3 and 6 of the Superseding Indictment.

APPROVED BY:

_____
Linda R. Reade, Chief Judge
United States District Court
Northern District of Iowa

Robert L Phelps
Clerk

_Suzanne Carbon_
By: Deputy Clerk

Dated this 23 day of January, 2014.