# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-CR-4046-LRR |
| Plaintiff, | |
| vs. | **ORDER** |
| TREY MICHAEL BOYKIN, | |
| Defendant. | |

_____

On January 23, 2014, the court accepted the jury verdicts finding Defendant Trey Michael Boykin guilty on Counts 1 and 2 of the Superseding Indictment and not guilty on Counts 3 and 6 of the Superseding Indictment.

Accordingly, IT IS ORDERED as follows:

1. Defendant is adjudicated guilty of Counts 1 and 2 of the Superseding Indictment.

2. Defendant is adjudicated not guilty of Counts 3 and 6 of the Superseding Indictment.

3. The United States Probation Office shall conduct a presentence investigation and prepare a report.

4. The attorneys shall timely comply with the deadlines for preparation of the presentence report.

5. Defendant is to remain in custody pending sentencing.

**IT IS SO ORDERED.**

**DATED** this 24th day of January, 2014.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA